IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02955-LTB

NICOLE D. KILLOCK,

    Plaintiff

v.

CHERYL LINZEN,
CAMILLE BURNETTE,
DYLAN WRIGHT,
JOSEPH DRIVER, HCH Warden,
GEO CORRECTIONAL/P.P.M.U.,
HUDSON CORRECTIONAL FACILITY,
TERRY ANDING, Investigator,
CORY FOX, Investigator,
JANE DOE(S), and
JOHN DOE(S),

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 25, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 25th day of April, 2014.

                           FOR THE COURT,

                           JEFFREY P. COLWELL, Clerk

                           By: s/K Lyons
                              Deputy Clerk